# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CR218-95**

DATE **12/10/2018**

TITLE **United States of America v. $59,260.00 U.S. Currency**

TIMES **2:15 - 2:25**

TOTAL **10 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**

Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**

Interpreter :

| Attorney for | Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|---|
| Xavier Cunningham | | | Claimant Richie Faver Present |

PROCEEDINGS : **Motion Hearing**

☑ In Court
☐ In Chambers

 **Court recaps case to date**
 **Government 2:17 - 2:22 / Claimant 2:22 - 2:25**
 **Court has case under advisement - order forthcoming**